| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

The United States of America §
§
§
      Plaintiff, §
§
versus §   Criminal 4:11CR00628-001
§
§
Jodi Latson   (97733-279) §
§
      Defendant, §

## Order to Surrender

Having been sentenced to the custody of the Attorney General,

Jodi Latson

is ordered to surrender by 2:00 p.m. on November 1, 2013, at

**Carswell FMC, Naval Air Station J ST Bldg. 3000, Ft. Worth, TX 76127**

Signed on August 26, 2013, at Houston, Texas.

                                    Kenneth M. Hoyt
                              United States District Judge