UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL NO. 4:11-CR-628 |
| JODI LEONORE LATSON | § | |

## **ORDER**

The defendant's second motion to continue the date for her surrender to the United States Marshal Service is DENIED.

It is so Ordered.

SIGNED on this 30th day of October, 2013.

_____
Kenneth M. Hoyt
United States District Judge